UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

| | |
|---|---|
| JOEL M. ELLIS,<br>　　PLAINTIFF, | CIVIL ACTION NO.: 3:03CV0669(CFD) |
| V. | |
| MARTIN P. GOLD,<br>AND BUTLER, NORRIS & GOLD<br>　　DEFENDANTS | October 20, 2003 |

**PLAINTIFF'S MOTION FOR A RESCHEDULING
OF SETTLEMENT CONFERENCE
( with Consent)**

The Plaintiff hereby moves for a rescheduling fo the settlement conference currently scheduled for December 10th, 2003 before U.S. Magistrate Judge Smith as it conflicts with previously scheduled plans of plaintiff's counsel. Counsel for Defendant Butler, Norris & Gold ("Defendant") has consented to this request.

　　　　　　　　　　　　　　　　　PLAINTIFF,
　　　　　　　　　　　　　　　　　JOEL M. ELLIS

By:　_____
　　　Eliot B. Gersten (ct05213)
　　　Gersten & Clifford
　　　214 Main Street
　　　Hartford, CT 06106
　　　Tel: 860-527-7044
　　　Fax: 860-527-4968
　　　His Attorney

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was mailed on October 20, 2003, via regular U.S. Mail to all counsel and pro se parties of record, as follows:

Bernard E. Jacques, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Tel: 860-241-2662
Fax: 860-522-2796
Bjacques@pepehazard.com

_____
Eliot B. Gersten