**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**
**(HARTFORD)**

| | |
|---|---|
| JOEL M. ELLIS,<br>　　　PLAINTIFF, | CIVIL ACTION NO.: 3:03CV0669(CFD) |
| V. | |
| MARTIN P. GOLD,<br>AND BUTLER, NORRIS & GOLD<br>　　　DEFENDANTS | October 20, 2003 |

**PLAINTIFF'S MOTION FOR A RESCHEDULING**
**OF SETTLEMENT CONFERENCE**
**( with Consent)**

The Plaintiff hereby moves for a rescheduling fo the settlement conference currently

scheduled for December 10th, 2003 before U.S. Magistrate Judge Smith as it conflicts with

previously scheduled plans of plaintiff's counsel. Counsel for Defendant Butler, Norris & Gold

("Defendant") has consented to this request.

PLAINTIFF,
JOEL M. ELLIS

By: _____

Eliot B. Gersten (ct05213)
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Tel: 860-527-7044
Fax: 860-527-4968
His Attorney