UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOEL M. ELLIS | : | CIVIL ACTION NO. |
| Plaintiff, | : | |
| | : | 3:03CV0669 (CFD) |
| v. | : | |
| | : | |
| MARTIN P. GOLD | : | |
| and BUTLER, NORRIS & GOLD | : | |
| Defendants | : | October 6, 2003 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE ANSWERS AND OBJECTIONS TO THE DEFENDANT'S FIRST SET OF INTERROGATORIES AND REQUESTS FOR PRODUCTION**

The plaintiff in the above matter, Joel M. Ellis, hereby files this motion for extension of time of 21 days or until October 29, 2003 to file his answers and objections to the defendants' first set of interrogatories and requests for production. The grounds for the motion are that the requests for production are extensive and the plaintiff needs more time to search his records to respond. This is the plaintiff's first motion for extension of time regarding these matters.

The plaintiff's counsel ahs discussed this motion for extension of time with the defendants' counsel, Bernard E. Jacques, and he has indicated he does not object to the extension of time.

WHEREFORE, the Court should grant the motion.

GRANTED. It is so ordered.
Christopher F. Droney, U.S.D.J.
Hartford, CT 10/28/03

**ORAL ARGUMENT NOT REQUESTED**