UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOEL M. ELLIS | : | CIVIL ACTION NO. 3:03CV0669 (CFD) |
|     Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MARTIN P. GOLD | : | |
| And BUTLER, NORRIS & GOLD | : | |
|     Defendants | : | January 30, 2004 |

### MOTION FOR PROTECTIVE ORDER

Defendants, Martin P. Gold and Butler, Norris and Gold ("the Firm"), by and through their counsel, Pepe & Hazard, LLP, hereby request a protective order for certain interrogatories and document requests that are not relevant to this action. Support for this Motion can be found in the attached Affidavit of Martin P. Gold and the accompanying Memorandum of Law In Support of Motion for Protective Order

                                                        Respectfully submitted,

                                                        Defendants,
                                                        **MARTIN P. GOLD AND BUTLER, NORRIS & GOLD**

                                                        By _____
                                                             Bernard E. Jacques, Esq. ct12293
                                                             Pepe & Hazard LLP
                                                            Goodwin Square
                                                            Hartford, CT 06103-4302
                                                           Telephone No.: (860) 241-2662
                                                           Facsimile No.: (860) 522-2796
                                                           Bjacques@pepehazard.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was served via first class mail, postage prepaid, this 30th day of January, 2004 to:

**Counsel for Plaintiff:**

Eliot B. Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, CT  06106

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT  06106

_____
Bernard E. Jacques