UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOEL M. ELLIS | : | CIVIL ACTION NO. 3:03CV0669 (CFD) |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| MARTIN P. GOLD | : | |
| And BUTLER, NORRIS & GOLD | : | |
| Defendants | : | January 30, 2004 |

### CERTIFICATION AS REQUIRED BY RULE 26(c)

I, Bernard E. Jacques, represent the defendants, Martin P. Gold and Butler, Norris & Gold, in this matter. I have in good faith conferred with Attorney Eliot Gersten and Attorney Jonathan Gould, attorneys for plaintiff and the parties are unable to resolve this matter without intervention of the court.

Respectfully submitted,
Defendants,

**MARTIN P. GOLD AND BUTLER, NORRIS & GOLD**

By _____
Bernard E. Jacques, Esq.
Federal Bar No.: ct12293
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT 06103-4302
Telephone No.: (860) 241-2662
Facsimile No.: (860) 522-2796
Bjacques@pepehazard.com

BEJ/32036/4/663907v1
01/30/04-HRT/

## CERTIFICATION

I hereby certify that a copy of the foregoing was served via first class mail, postage prepaid, this 30th day of January, 2004 to:

**Counsel for Plaintiff:**

Eliot B. Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, CT  06106

Jonathan L. Gould, Esq.
214 Main Street
Hartford, CT  06106

_____
Bernard E. Jacques

BEJ/32036/4/663907v1
01/30/04-HRT/