UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
(HARTFORD)

FILED

2004 FEB -9  P 4: 43

DISTRICT COURT
HARTFORD CT

JOEL M. ELLIS,
    PLAINTIFF,

V.

MARTIN P. GOLD,
AND BUTLER, NORRIS & GOLD
    DEFENDANTS

CIVIL ACTION NO.: 3:03CV0669(CFD)

FEBRUARY 9, 2004

### RESPONSE BY PARTIES TO ORDER RE: STATUS

The parties are filing their Joint Status Report setting forth the information described below with the Clerk of the Court in Hartford, and if there is a disagreement, the different responses are set forth following the request.

**A.  Nature of the Case**

    1.    Briefly describe the nature of this matter, the parties, the relief requested, and any relationship this case may have to other pending actions.

    RESPONSE:  Plaintiff has brought an age discrimination case arising from the termination of his employment with the defendants

    2.    Are there any motions pending? If so, list them.

    RESPONSE:  Defendants' Motion for Protective Order dated January 26, 2004. Plaintiff plans on filing a response as well as a Motion to Compel.

BEJ/32036/4/665248v1
02/09/04-HRT/

B.  **Discovery**

1.  Is discovery completed?

RESPONSE: No.

If not, how much additional time is requested?

RESPONSE: Three to six months.

Will there be a request for modification of the Scheduling Order?

RESPONSE: Yes.

What will be the request?

RESPONSE: An extension of deadlines between three to six months.

C.  **Settlement**

1.  When was the last settlement conference and who conducted it?

RESPONSE: None, a tentatively scheduled conference with Judge Smith was subject to cancellation due to scheduling conference and counsel has not proposed new dates as of today.

2.  Are there any outstanding reports due any party or the person conducting the settlement conference?

RESPONSE: No

3.  Do the parties believe a settlement conference would be beneficial at this time?

RESPONSE: The parties believe a settlement conference may be beneficial.

2

BEJ/32036/4/665248v1
02/09/04-HRT/

D. **Trial Preparation**

1. When will the case be ready for trial?

RESPONSE: Upon completion of discovery with in six months.

2. What additional preparation, other than previously discussed, is required?

RESPONSE: Deposition of plaintiff and the four defendants. There may be other others required who work at the defendant law firm.

3. Are there additional pleadings to be filed?

RESPONSE: No.

   If no, when is it due?
RESPONSE: N/A.

4. Has a joint trial memorandum been filed?

RESPONSE: No.

   If not, when is it due?

RESPONSE: Unknown.


PLAINTIFF,

By: _____
Eliot B. Gersten (ct05213)
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Tel: 860-527-7044
Fax: 860-527-4968
His Attorney

3

BEJ/32036/4/665248v1
02/09/04-HRT/

DEFENDANTS,

By: /s/ Bernard E. Jacques

Bernard E. Jacques, Esq.
Pepe & Hazard LLP
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302
Tel: 860-241-2662
Fax: 860-522-2796
Their Attorney

4

BEJ/32036/4/665248v1
02/09/04-HRT/