UNITED STATES DISTRICT COURT  FILED
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL M. ELLIS<br>    Plaintiff, | CIVIL ACTION NO. 3:03CV0669 (CFD) |
| vs. | |
| MARTIN P. GOLD<br>And BUTLER, NORRIS & GOLD<br>    Defendants | February 17, 2004 |

## MOTION TO COMPEL

Plaintiff in the above captioned matter hereby moves, pursuant to Federal Rule of Civil Procedure 37(a), to compel the defendants to respond to the following interrogatories and request for production:

Interrogatories

    Interrogatory Request (4) *Identify any records that you maintain regarding any of the following information: (a) Names and addresses of all employees and/or independent agents or any others receiving compensation derived from the business of the defendant…(d) Identify any income generated by each person.*

    Interrogatory Request 4(e) *Identify any and all financial records, income tax statements, cash flow balances, profit and loss statements, and/or any other documentation relating to the financial condition of the law firm between the date plaintiff was hired and June 2003.*

Request for Production

    Document Request (4) *Produce any and all records reflecting the following information: (1) [No objection-not applicable to this Motion]. (2) All financial records, income statements, salaries, periodic draws and bonuses for all partners and associates from and including 2001 to the present. (3) All fringe benefits available to all partners, associates and non-legal employees from and including 2001 to the present. (4) Salaries of all non-attorneys from and including 2001 to the present.*

    Document Request (10) *The periodic rent paid by Butler, Norris & Gold to the owner of the 254 Prospect Avenue, Hartford, Connecticut property.*

1

Document Request (11) *Butler, Norris & Gold income tax returns for 2001 and 2002 and, when available, for 2003.*

Document Request (12) *The file for the grandmother ("MA") showing the "gift" to Martin P. Gold including all probate documents, state returns, state estate tax returns, federal estate tax returns and any penalties and error adjustments.*

In support of this Motion, plaintiff submits a Memorandum of Law and Local Rule 37(a)(2)(B) statement, which are attached hereto.

                                                Respectfully Submitted,
Counsel for the Plaintiff,

By: _____
Eliot B. Gersten, Esq.
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Juris No.: 304302
Telephone: (860) 527-7044
Facsimile: (860) 527-4968
His Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that a copy of the foregoing was mailed, via first class mail, postage prepaid, this 17th day of February, 2004 to:

Bernard E. Jacques, Esq.
Pepe & Hazard LLP
225 Asylum Street
Goodwin Square
Hartford, CT  06103-4302
Telephone No.: (860) 522-5175
Facsimile No.:  (860) 522-2796

_____
Eliot B. Gersten , Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL M. ELLIS<br>    Plaintiff, | :    CIVIL ACTION NO. 3:03CV0669 (CFD)<br>:<br>: |
| vs. | :<br>:<br>: |
| MARTIN P. GOLD<br>And BUTLER, NORRIS & GOLD<br>    Defendants | :<br>:<br>:    February 17, 2004 |

## AFFIDAVIT

STATE OF CONNECTICUT)
                    )    ss: Hartford,     February 17, 2004
COUNTY OF HARTFORD )

Eliot B. Gersten, being duly sworn, hereby deposes and says:

1. I am over the age of eighteen (18) years and understand and believe in the obligation of an oath.

2. I am a partner with the firm of Gersten & Clifford located at 214 Main Street, Hartford, Connecticut.

3. I represent the plaintiff, Joel M. Ellis, in the above-entitled action.

4. Bona fide attempts have been made between myself and Attorney Bernard Jacques to resolve the differences concerning the subject matter of the objections and counsel have been unable to reach an accord.

_____
Eliot B. Gersten, Esq.


Subscribed and sworn to before me this 17th day of February, 2004.

_____
Commissioner of the Superior Court
**CHERYL A. TURNER**
*NOTARY PUBLIC*
MY COMMISSION EXPIRES NOV. 30, 2004