UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JOEL M. ELLIS,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Civil Action No. 3:03 CV 669 (CFD) |
| | : |
| MARTIN P. GOLD and BUTLER,<br>NORRIS & GOLD,<br>    Defendants. | :<br>:<br>: |

REFERRAL TO MAGISTRATE JUDGE

    This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

_____    All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

_____    A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

__X__    To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____    A recommended ruling on the following motions which are currently pending:(orefm.)

_____    A ruling on the following motions which are currently pending: (orefm.)

_____    A settlement conference (orefmisc./cnf)

_____    A conference to discuss and approve the following: (orefmisc./cnf)

_____    Other: (orefmisc./misc) _____

    SO ORDERED this __3rd__ day of March 2004, at Hartford, Connecticut.

                                        /s/ CFD
                                        **Christopher F. Droney**
                                        **United States District Judge**