UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    FILED

Settlement Conference Calendar  2004 MAR 22 P 1:32

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor – Chambers Room 258

March 19, 2004

10:00 a.m.

CASE NO. **3-03-669** (CFD)  **Ellis v. Gold, et al**

**SETTLEMENT CONFERENCE**

Eliot B. Gersten
Gersten & Clifford
214 Main Street
Hartford, CT 06106

Jonathan L. Gould
214 Main St.
Hartford, CT 06106

Bernard E. Jacques
Pepe & Hazard
Goodwin Square
225 Asylum Street
Hartford, CT 06103-4302

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Conf. held w/ TPS - ~~Did not settle~~ settled*
*Time: 5'*