UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JOEL M. ELLIS,
    Plaintiff

    -  v  -                              CIVIL 3-03-CV-669(CFD)

MARTIN P. GOLD AND
BUTLER,NORRIS & GOLD,
            Defendant

### MEMORANDUM AND ORDER

A settlement conference was held in this case March 19, 2004.

The case has been settled.  The parties will file the appropriate

papers within 30 days.

Dated at Hartford, Connecticut, this 22nd day of March, 2004.

_____
Thomas P. Smith
United States Magistrate Judge