FILED

2004 APR 16 P 1:07

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOEL M. ELLIS | ) | CIVIL ACTION NO. |
| | ) | 3:03cv0669(CFD) |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN P. GOLD | ) | |
| AND BUTLER, NORRIS & GOLD | ) | |
| | ) | April 16, 2004 |
| Defendants | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of the undersigned on behalf of the Defendants,

Martin P. Gold and Butler, Norris & Gold.

          DEFENDANTS:
          Martin P. Gold and Butler, Norris & Gold

          By _____
             Todd H. Wheeler
             Fed. Bar No. ct25567
             Pepe & Hazard LLP
             Its Attorneys
             Goodwin Square
             225 Asylum Street
             Hartford, CT 06103-4302
             Tel. No. (860) 522-5175
             Fax No. (860) 522-2796
             twheeler@pepehazard.com

THW/1/8/674758v1
04/16/04-HRT/

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 16th day of April, 2004 to all counsel and parties of record as follows:

**Counsel for Plaintiff:**

Eliot B. Gersten, Esquire
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106
(860) 527-7044

Jonathan L. Gould, Esquire
214 Main Street
Hartford, CT  06106

_____
Todd H. Wheeler

THW/1/8/674758v1
04/16/04-HRT/