```
                                              FILED

                                        2004 APR 16  P 1:07

        UNITED STATES DISTRICT COURT      U.S. DISTRICT COURT
           DISTRICT OF CONNECTICUT          HARTFORD, CT.
```

| | |
|---|---|
| JOEL M. ELLIS<br>Plaintiff, | CIVIL ACTION NO. 3:03CV0669 (CFD) |
| vs. | |
| MARTIN P. GOLD<br>And BUTLER, NORRIS & GOLD<br>Defendants | April 8, 2004 |

## MOTION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties move for an order of dismissal *with prejudice* of all claims pending in this matter, subject to the court retaining jurisdiction for purposes of allowing Magistrate Judge Thomas C. Smith to enforcing a portion of their settlement if needed.

| Plaintiff, | Defendants, |
|---|---|
| **JOEL M. ELLIS** | **MARTIN P. GOLD AND**<br>**BUTLER, NORRIS & GOLD** |
| By _[signature]_<br>Eliot B. Gersten, Esq.<br>Federal Bar No. ct304302<br>Gersten & Clifford<br>214 Main Street<br>Hartford, CT 06106<br>Telephone No.: (860) 527-7044<br>Facsimile No.: (860-527-4968<br>EliotG@gersten-clifford.com | By: _[signature]_<br>Bernard E. Jacques, Esq.<br>Federal Bar No.: ct12293<br>Pepe & Hazard LLP<br>Goodwin Square<br>Hartford, CT 06103-4302<br>Telephone No.: (860) 241-2662<br>Facsimile No.: (860) 522-2796<br>Bjacques@pepehazard.com |

BEJ/32036/4/673663v1
04/08/04-HRT/

## CERTIFICATION

This is to certify that a copy of the foregoing has been sent via first class mail, postage prepaid, this 16th day of April, 2004 to all counsel and parties of record as follows:

**Counsel for Plaintiff:**

Eliot B. Gersten, Esquire
Gersten & Clifford
214 Main Street
Hartford, Connecticut 06106
(860) 527-7044

Jonathan L. Gould, Esquire
214 Main Street
Hartford, CT 06106

Todd H. Wheeler