FILED
2004 APR 16 P 1:07

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOEL M. ELLIS
          Plaintiff,

vs.

MARTIN P. GOLD
And BUTLER, NORRIS & GOLD
          Defendants

CIVIL ACTION NO. 3:03CV0669 (CFD)

April 8, 2004

## MOTION FOR DISMISSAL

Pursuant to Federal Rules of Civil Procedure 41(a)(1), the parties move for an order of dismissal *with prejudice* of all claims pending in this matter, subject to the court retaining jurisdiction for purposes of allowing Magistrate Judge Thomas C. Smith to enforcing a portion of their settlement if needed.

Plaintiff,

**JOEL M. ELLIS**

By _____
Eliot B. Gersten, Esq.
Federal Bar No. ct304302
Gersten & Clifford
214 Main Street
Hartford, CT 06106
Telephone No.: (860) 527-7044
Facsimile No.: (860-527-4968
EliotG@gersten-clifford.com

Defendants,

**MARTIN P. GOLD AND**

**BUTLER, NORRIS & GOLD**

By: _____
Bernard E. Jacques, Esq.
Federal Bar No.: ct12293
Pepe & Hazard LLP
Goodwin Square
Hartford, CT 06103-4302
Telephone No.: (860) 241-2662
Facsimile No.: (860) 522-2796
Bjacques@pepehazard.com

BEJ/32036/4/673663v1
04/08/04-HRT/